## HUBBARD v. CASUALTY CO.

No. 28 PC.

Case below: 24 N.C. App. 493.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.

## INSURANCE GROUP v. PARKER

No. 20 PC.

Case below: 24 N.C. App. 452.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 April 1975.

## NIVENS v. TIRE & RUBBER CO.

No. 107.

Case below: 24 N.C. App. 473.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975. Appeal dismissed ex mero motu for lack of substantial constitutional question 2 April 1975.

## OATES v. DEPT. OF MOTOR VEHICLES

No. 40 PC.

Case below: 24 N.C. App. 690.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.

## PILAND v. PILAND

No. 42 PC.

Case below: 24 N.C. App. 653.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.